26-cv-3365 NEB/DJF

United States District Cort        Date: 6-8-26
District of Minnesota

Steven James Kelly    ,  THanH  PHan    ,  THomas  Jensen
Michael W. Cherry  ,          X          ,          X
          X                   ,          X

- V -

RECEIVED BY MAIL

JUL 20 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Attorney General of the United States
"Todd Blanche"

United States District Cort
District of Minnesota

Case NO.: _____

Cbss Action Complaint:
Insanity Defense Act        (18 USC 4241 - 4248)
Bail Reform Act             (18 USC 3141 - 3156)
Speedy TRial Act            (18 USC 3161 - 3174)

Plaintiff's: Steven JIsmes Kelly      THanH  PHan
THomas Jensen   Michael W. cHerry          X
          X               X                X

and All other's Similory Situated "Here in After" "Cbss member's" Complaint's
and alleges as follow's:

I.
A. Plaintiff's, bring this cbss action lawsuit on behalf of themsilvs and
all those similerly sited to adless, Plaintiff's & cbss member's Inadequtely
Safeguard of there "Constitional Rights".

B. What Inellenable right's were vilated in the "Constitution
of the United States".

SCANNED
JUL 20 2026
U.S. DISTRICT COURT MPLS

(B) "1"

## 1st Amendment
### Freedom of religion, speech, and the press; Rights of assembly and petition

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievance.

(B) "2"

## 4th Amendment
### Search and Arrest Warrant's

The right of the people to be secured in their Person, house, Paper's and effect's, against unreasonable Seaches and Seizure's, shall Not be violated, and No Warrent's shall be issued but upon probable cause, Supported by oath or affirmation, and particularly describing the place to be Searched, and the person's or thing's to be Seized.

(B) "3"

## 5th Amendment
### Right's in criminal cases

No person shall be held to answer for a Capital, or otherwise infamous crime, unless on a presentment or Indictment of Grand Jury,

exept in cases arising in land and or Naval forces, or in the militia, when in actual Service in time of war or public danger. Nor shall any person be Subject for the same offence to be twice put in Jeppardy of life or limb; Nor shall be Compelled in any criminal case to be a witness against himself, Nor be deprived of life, liberty, or property, without due process of law; Nor shall private property be taken for public use; without Just Compensation.

(B)"4"

### 6th Amendment
### Right's to a fair trial

In all criminal prosecution's the accused shall enJoy the right to speedy and public trial, by an Impartial Jury of the state and district wherein the crime shall have been committed, which district shall have been previosly ascertained by Law, and to be confronted with the witness against him, to have Compulsory process for obtaining witness in his favor, and to have assistance of counsel for his defense.

(B)"5"

### 7th Amendment
### Right's in Civil Cases

In suits at common Law, where the value of controversy shall exceed twenty dollar's, the right to trial By Jury, shall be otherwise

reexamined in any court of the United States, Than according to the rules of Common law.

(B) "6"

8th Amendment
Bails, fines, and punishments
Excessive bail sHall Not be required, Nor excessive fines imposed, Nor cruel and unusual punishment's inflicted.

(B) "7"          Exibit: "5" (B)
Violation of the Right's of other's;

A person may be denied a civil right if that right is used to Violate other people's right's. Freedom of expression, for example does not permit a person to tell lies that ruin another person's reputation. Property owner's have the right to do what they choose with their property. However, this right may not allow a person legally to refuse to sell property to a person of a certain race or religion. This is because the property owner would be denying the other person equal freedom of choice.

(B) "8"   Exibit! "5" (A)
Supremacy of the national Government

This Constitution, and the laws of the United States which sHall be made in pursuance thereof; and all treaties made, or which sHall be made, under the authority of the United States, SHall be the

Supreme law of the land; and the Judges in every State SHall be bound there by, anything in the Constitution or laws of any State to the Contrary Notwithstanding.

## II

### A.   Juristiction and Venue

This Court has SubJect matter, Juristiction over this action under the class Action fairness Act., 28 USC 1332 (d) (2). The amount in Controversy exceed's $5 million (to the unknow) exclusive of intrest and Cost. At least one Plaintiff and one defendent are citizen's of diffrent States. Thair are more than 4 (to the unknown) Punitive class member's.

### B.

Venue is proper in this Court pursuant to 28 USC 1391 (A)(1) Because Defendant Conduct's Substantial Buisness in this District ( of minnesota          ) is the principal place of Busness for the Defendent's. See Attachment ① B. "Civil Case SHeet"

### C.

This Court has personal Jurisdiction over Plaintiff, Because They resides in:
Federal Medical Center
P.O. Box 4000
Rochester, Minnesota
55903

(III) "A"    Factual Allegation's:
Rule 12.2 Notice of an Insanity Defense;
Mental Examination.         Exibit:4

12.2 (c)(2): — unless the defendant is found guilty.
Their must be a trial for the guilty verdict.

Notes of Advisory Committee.; This rule does not deal
with the issue of mental competency to stand trial.
5th Amendment "Right's in criminal cases (Due Process of law)
Stays intact and is unharmed.

Insanity Defence Act.(18 usc 4241 — 4247)
(18 usc 4244(d)) Determination and Disposition:
        If after the hearing, the court find's by a
preponderance of evidence that the defendant is presently suffering
from a mental disease or defect and that he should, in lieu of
being sentenced to imprisonment, be committed to a suitable facility
for care or treatment, the court shall commit the defendant to the
custody of the Attorney General. The Attorney General shall Hospitalize
the defendant for care or treatment ina suitable facility. Such a
commitment constitutes a provisional sentence of Imprisonment
to the maximum term the defendant was found guilty.

(18 usc 4245(d)) Determination and Disposition:
        IF, after the hearing, the court find's by a preponderance of
evidence that the defendant is presently suffering from a mental disease
or defect and that he should, in lieu of being for treatment ina
suitable facility, the court shall commit the person to the
custody of the Attorney General. The Attorney General shall

Hospitalize the person for treatment in a suitable facility until he is no longer in need of such custody for care or treatment or until the expiration of the sentence of Imprisonment, which ever occurs earlier.

"18 USC 4244(d)" States, commitment constitutes a provisional sentence of Imprisonment to the maximum term.

"18 USC 4245 (d)" States, or until the expiration of the sentence of Imprisonment, which ever occurs earler.

(18 USC 4244 (d) + 18 USC 4245 (d)) Both state that commitment though "Provisional sentence + expiration of sentence" have a clear + Definded release date.

Question (1). Why are people being held past their maximum sentence?

Maximum sentence, so the hold know becomes "18 USC 4246" Dangereasnoss (Regulatory detention) History; Ancillary Law's and Directives Amendment Notes:    1984
Act Oct. 12, 1984 substituted this section for one which read:
§ 4246 (18 USC 4246). Procedure upon finding of mental incompetency.
    "Whenever the trial court shall determine in accordance with the sections 4244 and 4245 of

this title that an accused is or was mentally incompetent, the court may commit the accused to the custody of the Attorney General or his authorized representative, until the accused shall (Exibit) be mentally competent to stand trial or until the (1)(A) pending charges against him are disposed of, according to law. And if the court after hearing as provided in the proceding Section's 4244 and 4245 sHall determine that the conditions Specified in the following Section 4247 exist, the Commitment sHall be governed by Section 4248 as herein provided.

4247 + 4248 (18 USC 4247 + 4248) are the Govermeat's Regulatory HoH.

In the Amendment Notes: of (18 USC 4247)
1984 "Bail Reform Act"
Act Oct. 12, 1984 Substituted this Sation for one which Read:
18 usc 4247, Alternate procedure on expiration of Sentence.
Read Hole "Parigrafe" (examiners referred to in title 18 United States Code, Section 4241) Exibti (1)(B)

18 USC 4241; History + Ancillary Laws and Directives
SHort titles: Bail Reform Act,
   Act Oct. 12, 1984, P.L. 98-473, Title 11, ch iv §401, 98 Stat. 2057, Provides: "This chapter may be sited (cited) as the "Insanity Defense Reform Act of 1984".. for full classification of such Act. Consult USCS Tables volumes. This is for

Regulatory Intrest.

Judical officer evaluates the likelihood of future dangernoasness are specifically designed to further the accuracy of that determination;

(1) There is nothing inherently unattainable about a prediction of future criminal conduct.

(2) Detainees have the right to consel at a detenchian hearing.

(3) Detainees; may testify on their own behalf.

(4) Detainees; may present Information by proffer or otherwise.

(5) Detainees; may cross-examine witnesses who appear at such a hearing.

(6) The Judicel officer charged with the responsibility of determining the appropriateness of detention is guided by statutorily enumerated factores, which included;

(A) The nature and circumstance of the charges.

(B) The weight of the evidence.

(C) The History + characteristees of the punative offender.

(7) The Government must prove it's case by clear and convincing evidence.

(8) The Judicial officer must include written findings of fact and a written statment of reson for the decision to detain.

(9) The Act provides for immediate appellate review of the detention decision.

Government's Regulatory Interest in Community Safty:

(1) Individuals whom the Government believes to be dangerous, during times of war or insurrection.

(2) potentially dangerous resident aliens, pending deportation proceedings.

(3) mentally unstable individuals who present a danger to the public.

(4) Dangerous criminal defendant's who become Incompetent to stand trial.

(5) Juvenil arrestees, Prior to trial, when they present a continuing danger to the community.

(6) Arrestees, who are suspected of a crime, until a neutral magistrate determines whether probable cause exists.

(7) Arrestees; Prior to trial, when they present either a risk of flight or danger to witnesses.

Specifications for Regulatory Detention

(A) an offence for which a maximum term of Imprisonment of ten years or more is prescribed in the controlled Substance Act. (21 USC 801 et Seq), the controlled Substance import and Export Act. (21 usc 951 et Seg) or chapter 705 of title 46. (46 usc 70501 et Seg)

(B) an offence under Section 924(c), 956(a) or 2332(b) of this title (18 usc 924(c), 956(a) or 2332(b)).

(c) an offence listed in Section 2332 b(g)(5)(B) of title 18 united States code (18 usc 2332 b(g)(5)(B), for which a maximum term of Imprisonment of 10 years or more is prescribed.

(D) an offence under chapter 77 of this title (18 usc 1581 et seg) for which a maximum term of Imprisonment of 20 years is prescribed.

(E) an offence involving a minor victim under Section 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251(A), 2252(a)(1), 2252(a)(2), 5253(a)(3), 2253(a)(4), 2260, 2421, 2242, 2244(a)(1), 2245, 2251, 2251(A), of this title (18 usc 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251(A), 2252 A (b)(3), 2252(a)(4), 2260, 2421, 2422, 2423, or 2425).

United States
- v -
Salemo + Cafaso
(481 US 747) (7d)

[7d] Nor are the incidents of pretrial detention excessive in relation to the regulatory goal Congress sought to achieve. The Bail Reform Act carefully limits the circumstances under which detention may be sought to the most serious of crimes. See 18 USC § 3142(f) [18 USCS § 3142(f)] (detention hearings available if case involves crimes of violence, offenses for which the sentence is life imprisonment or death, serious drug offenses, or certain repeat offenders). The arrestee is entitled to a prompt detention hearing, ibid, and the maximum length of pretrial detention is limited by the stringent time limitations of the Speedy Trial Act.[4] See 18 USC § 3161 et seq. (1982 ed and Supp III) [18 USCS §§ 3161 et seq.]. Moreover, as in Schall v Martin, the conditions of confinement envisioned by the Act "appear to reflect the regulatory purposes relied upon by the" Government.

[481 US 748]

When reading (18 USC 3142(f)) the minimum sentence is for 10 years, The maximum is for life.

Because of (18 USC 4244) the minimum sentence must be a provisional sentence of imprisonment.

The points system must Be used for (18 USC 4245), The person is already Sentenced "expiration of the sentence of Imprisonment"

For the most part the plaintiff's all would have less than 10 years, if they were found guilty under the (18 USC 4242(b)) Special verdict (1) Guilty;

Question (2) What is the reason people do not Know the time line for theore "provisional sentence".

Thay Can not get these answers from anybody. Their crimes do not fit the specification's for regulatory detention. The law is very clear on the specification's for this + so is Judges decision's + Justices decision's.

United States

— v —

Salerno + Cafaro (794 F.2d 64)

Opinion by: Circuit Judge Kearse (794 F.2d 66)

Permitting an arrested person thought to be dangerous to remain at liberty unquestionably incurs a risk. The prediction of dangerous conduct, however difficult to make and however unreliable, will undoubtedly be correct in some instances. But all guarantees of liberty entail risks, and under our Constitution those guarantees may not be abolished{1986 U.S. App. LEXIS 29} [on the sole ground that] government prefers that a risk not be taken. 790 F.2d 1001-03 (Newman, J.) (footnotes omitted). Even the risk of some serious crime, such as destruction of an airliner, as adverted to in Chief Judge Feinberg's dissenting opinion, post, must, under our Constitution, be guarded against by surveillance of the suspect and prompt trial on any pending charges, and not by incarceration simply because untested evidence indicates probable cause to believe he has committed one crime and is a risk to commit another one. Surveillance would doubtless be the government's response if confidential information, not disclosable to obtain an indictment, alerted the government to such a risk by a person not charged with a crime. It should be no less effective in cases where an indictment has been returned, even assuming, which is unlikely, that a person posing such a risk would not be detained despite a well-grounded fear that he would flee.

United States

— v —

Salerno + Cafaro (794 F.2d 64)

Dissent by: Chief Judge Feinberg

a person who has been charged with crimes of violence but not yet{1986 U.S. App. LEXIS 41} convicted may be incarcerated on the ground that he will commit crimes of violence in the future, whereas persons who have been neither charged with nor convicted of violent crimes, or have served their sentence of conviction on those charges, may not be incarcerated on the basis of such a prediction. I see no anomaly. The Bail Reform Act applies only to persons indicted for serious offenses, not to unaccused citizens plucked from the population at large. Indictment basically alters the due process inquiry by establishing probable cause to believe that the accused has committed specific acts constituting a serious crime. That legal finding gives the government a concrete basis, not available as to persons not accused, for predicting that the person will commit another crime before trial. 1 In other contexts, probable cause is also sufficient to permit significant restraints on liberty. See Gerstein v. Pugh, supra, 420 U.S. at 118-20 (detention of arrested person pending further proceedings); Morrissey v. Brewer, 408 U.S. 471, 485-87, 33 L. Ed. 2d 484, 92 S. Ct. 2593 (1972) (detention of parolee pending final decision whether to revoke{1986 U.S. App. LEXIS 42} parole). Moreover, as noted above, the Bail Reform Act has a built-in limit on the length of the period for which an accused person may be detained. The end of that period coincides with the disposition of the underlying criminal charge against the defendant, whether by plea or by trial. While undue pretrial delay may further affect the due process equation, see Part II below, detention under the Bail Reform Act is meant to be limited to preserving the status quo, as far as the community is concerned, pending the resolution of specific legal charges.

The built-in limit on the length of the period for which an accused person may be detained is the Speedy Trial Act (18 USC 3161-3174) Stringent Time limitation of the Speedy Trial Act (18 USC 3161) "60 Days"
Read Somewhere :
United States court of Appeal's ; General Rule (6 month's)
Special Verdict,
(2) Not Guilty ; or
(3) Not Guilty only by reason of Insanity.
If the person is found Not to be "~~Dangerous~~" Dangerous (18 USC 4243(d)) for Release.
    If the person is found to be Dangerous (18 USC 4243(d)) Becomes the Hold Order.
    When this happens they are being held on a Regulatory hold order or detainer.

    Penal or Regulatory Test
    Absent conclusive evidence of Congressional intent as to the penal Nature of a Statute, the factor's to be considered in determining whether the Statute, on it's face, is penal or regulatory in Character are:

(1) whether the Sanctions involves an affirmative disability or restraint;

(2) whether it has historically been regarded as a punishment;

(3) Whether it comes into play only on a finding of Scienter;

(4) Whether it's operation will promote the traditional aim's of punishment, that is, retribution and deterrence;

(5) Whether the behavior to which it applies is already a crime;

(6) Whether an alternative purpose to which it may rationally be connected is assignable for it;

(7) Whether it appears excessive in relation to the alternative purpose assigned;

(8) Punishment can't be imposed ~~with~~ without due process of law;

United States of America
- v -
Adam Nezaj
Case No. "655 F. Supp. 1176"    Date: 1987

The Due Process Clause prohibits pretrial detention on the ground of danger to the community as a regulatory measure, ~~without~~ without regard to the duration of the detention.

The "dangerousness" prong of the provisions of the Bail Reform Act of 1984 is unconstitutional.

(III) "B"
(18 USC 4243) (i)
Certain persons found Not guilty by reason of Insanity in the District of Columbia.

(18 USC 4243(g)) "1"
Transfer to Custody of the Attorney General. (Notwithstanding Subsection (4247(i))
(18 USC 4245(i))

(18 USC 4247(j))
Sections 4241, 4242, 4243 and 4244 (18 USC 4241, 4242, 4243, and 4244) do not apply to a prosecution under an act of Congress applicable exclusively to the District of Columbia or the Uniform Code of military Justice.

In 1997, Act Aug. 5, 1997, it was changed and it Know reads.

This chapter does apply to a prosecution under an act of Congress applicable exclusively to the District of Columbia or the uniform Code of military Justice. Exibit (3) (A)(B)(C)

Definiation of exclusively, Researved for.

(18 USC 4246)
Other provisions:
Effective date of title XI of Act. Aug. 5, 1997.

Act Aug. 5, 1997, P.L. 105-33, Title XI, Subtitle H, & Ch 8 11721, 111 Stat. 786, provides "Except as otherwise provided in this title, the provisions of this title (for full classification, consult USCS Tables volumes) shall take effect on the later of October 1, 1997, or the day the District of Columbia Financial Responsibility and management Assistance Authority certifies that the financial plan and budget for the District government for fiscal year 1998 meet the requirements of Section 201(c)(1) of the District Financial Responsibility and Management Assistance Act of 1995 (unclassified), as amended by this title". Exhibit (2)

Question: (3)
Was the Insanity Defense Act wrote for the District of Columbia?
I would like a ruling on this Question.

It clearly Say's "This chapter does apply to a prosecution under an act of Congress (Insanity Defense Act) applicable exclusively to the District of Columbia or the Uniform Code of military Justice".
The District of Columbia is Duty Free (They do not pay Tax's) it fall's under the Same Guild lines as a military Base because of this fact it is Governed out of the Uniform Code of military Justice "U.C.M.J".
When you look at this in this light, you stile have Constitutional Right's, You Stile have Civel

Liberty's. You stile have a Bill of Right's. At the end of the day thought a military Base is governed biffrently than mainstream America.

This was wrote for the Uniform Code of military Justice, Not for mainstream America.

I have to be wrong here, but here it is. How did we get to this point?

## III.(C)
### Violation of The Right's of Other's:

Predominantly what you hear and See under this Law "Insanity Defense Act" is DR.S + Attorney's, Prosicutis's are all toyen to tell of an Instant in a person's life in the very worst way they can often it comes out "Streched to an outright lie". Record's are wrong. When You bring this to the atenchen of Staff you are Know being disrupted, Combative or any list of thing's that all come down to the freedom of choice to say that they are wrong but the Insanity Defense Act has stripped that from class.

### Supremacy of the National Gouverment:

This all begins with Constitutional Right's, Freedom of Religion, Speech, and the press, Right's of assembly and Petition, Search and Arrest warrents, Right's in criminal Cases, Bail's fines punishment's. How much of this is a Bill of Attainer, Such Bill's "Act's" declare a person guilty of a crime and take

Away the person's property and civil right's without a trial or Due Process of law.

United States
- V
Salerno + Cafaro (481 US 739)

**SEPARATE OPINION**

481 US 755

Justice *Marshall*, with whom Justice *Brennan* joins, dissenting.

This case brings before the Court for the first time a statute in which Congress declares that a person innocent of any crime may be jailed indefinitely, pending the trial of allegations which are legally presumed to be untrue, if the Government shows to the satisfaction of a judge that the accused is likely to commit crimes, unrelated to the pending charges, at any time in the future. Such statutes, consistent with the usages of tyranny and the excesses of what bitter experience teaches us to call the police state, have long been thought incompatible with the fundamental human rights protected by our Constitution. Today a majority of this Court holds otherwise. Its decision disregards basic principles of justice

[481 US 756]

established centuries ago and enshrined beyond the reach of governmental interference in the Bill of Rights.

What is the reson that the commital Order is not Being used. I read this is the only peace of paper a person could Be civly committed Under for life, specifide by Congress.

The Insanity Defense act has a clear and Definted end Date or release date: End of provisional Sentence + expiration of the Sentence.

The Bail Reform Act has a clear and Definted end Date, Speedy Trial Act. "60 Days", United States Court of Appeal's: Genral Rule "6 months"

III.(D)

(18 USC 4244(d))

Commitment constitutes a provisional Sentence, Once this is done the person is being held in Regulatory detention.

(18 USC 4245(d))

Provisional Sentence + Expiration of Sentence, Once this is done the person is being held in Regulatory detention.

(18 USC 4243(h)(3))

Not guilty only by reason of Insanity, Once this is done the person is being held in Regulatory detention.

Regulatory detention is defined as the Bail Reform Act. The Time lines to the Bail Reform Act is the Speedy Trial Act, which by congress it expires every 60 Day's "Court of Appeals" 6 month's.

This mean's the Dangerous Certificate that is on file with the clerk Has a life Span, which is 60 Day's or 6 month's. This mean's every 60 Day's or 6 month's a new Dangerous Certificate has to be sent to the clerk. The Law clearly states this can be done 1 time (794 F.2d 64) Dissent by: Chief Judge Feinberg.

People are entitled to be present when ever the, Hearing for the Dangerous Certificate is put Before the Court + on file with the clerk, But Know one is.

Question (1) (Pg. 5)
Why are people being held past their maximum Sentence;

Question (2) (Pg 12)
What is the reson people do not know the time line for theare "Provisional Sentence";

Question (3) (Pg. 15)
Was the Insanity Defense Act wrok for the District of Columbia?;
I would like a ruling on this Question.

(4)
What is the reson the Bail Reform Act can not Be followed; & The Dangerous Certificate.

(5) What is the reson the Speedy Trial Act is not Being followed;

V.

Damages + Injuries

How do you give a person back thair life that died in a fedral Hospital or State Hospital, Elegaly Committed for life, Death, Strokes, Hart Attackes, Amputations, Organ removal, Loss of Liberty, Loss of freedom's, Detained in Medicel facility's, Prison, Loss of Financhil, mass punishment, mail + Legal mail Not going out or opened + Copyed;
How do you put a price on your inallenable

right's, Family, Home, Property, Buisness?
Their are people in Jail and Prison who commette Vilante crimes, Not State Hosp. & Not Fedral Hosp., People who get civel committed Commite Hanues crimes, Disterbing crimes or unusal crimes. These are the people who get civly committed for life. People Being wrongfully committed as a matter of Convenance one way or another is Very wrong.

## VI.

### Class Action Allegation's

A. Plaintiff's bring this action, on behalf of (themselves) and all other's similarly situated, as a class action Pursuant to fedesal Rules of Civel Procedure, Rule 23.

B. Plaintiff's proposes the following class definition's, SubJect to Amendment as appropriate: All resident's of the United States & Pertectorance of whose inallenable right's were Vilated, Constitution of the United States, By the act of (color of law)

C. This Action has been brought and may properly be maintained as a class action under Fedral Rules of civel Procedure, Rule 23, Because there is a well-defined community of Interest in the litigation, The proposed class is easily ascertainable, and Steven Kelly is a proper representative of the class.

D. Excluded from the above class is defendant and it's parent's or subsidiaries, any entities in which it has controlling intrest, as well as it's officer's, director's, affiliates, legal representatives heir's, Predecesser's, Successor's and assigns. Also excluded is any Judge to whom this case is assigned, as well as his or her Judicial staff and immediate family member's.

E. The proposed class meet the criteria for certification under Fed. R. Civ. P. 23(A), (B2), (B3)

F. Numerosity, the member's of the class are so numerous that, Joinder of all of them is Imporcticable. While the exact Number of class member's is unknown to the plaintiff at this time, Based on information and Belief, the class consist's of approximately ? # to the unknown individuals who's inallerable right's were vilated, Constitution of the United States.

G. Commonality, There are question's of law and fact common to class, which predominate over any Question's affecting only individual class member's. These common Question's of law and fact include, without limitation:

1. Whether defendant engaged in the conduct alleged here;

2. Whether defendant's conduct constituted an unfair legal practice (as defined below) actionable under the Constitution of the United States.

3. Whether defendant had a legal duty to adequately protect Plaintiff + class member's inalienable right's.

4. Whether defendant breached it's legal duty By failing to adequately protect Plaintiff's + class member's inalienable right's.

5. Whether plaintiff's + class member's are entitled to recover actual damages and/or statutory damages; and any other releif the Judge or court may see nessisary.

6. Whether + when defendant knew or should have known that plaintiff's + class member's inalienable right's were being violated.

7. Whether plaintiff's and class member's are entitled to equitable releif, including injunctive Releif, Restitution, disgorgement, and/or the establishment of a constructive trust.

8. Typicality; Plaintiff's claims are Typical of those of other class member's because Plaintiff's inalienable right's like that of every other class member, was compromisted in a court of law.

9. Adequacy of Representation; Steven Kelly will fairly and adequately represent and protect the intrest of the member's of the class. Plaintiff's Counsel is competent.

10. Predominance; Defendant has engaged in a common course of conduct toward Plaintiff's and class member's, in that all the plaintiff's and class member's inallenable right's "Constitution of the United States" were vilated in the same way. The common issues arising from defendant's conduct affecting class member's set out above perdomimate over any individualized issues. Adjudication of these common issues in a single action has important and desirable adventages of Jidical economy.

11. Superiosity; A class action is superior to other available method's for the fair and efficient adjudication of the controversy. In contrast, the conduct of this action as a class action present's for fewer management difficulties, conserves Jidical resources and the parties resources and protect's the right's of each class member.

12. Class Certification; also is appropriate under Fed. R. Civ. P. 23 (b) (2). Defendant has acted or have refused to act on grounds generally applicable to the class, so that final injuntive releif or corresponding declaratory releif is appropriate as to the class as a whole.

13. Finally, All member's of the perposed class is readily accertainable. Defendent and/or the Attorney General Has access to addresses and other contact information for the member's of the class, which can be used to indentify class member's.

14. Steven Kelly, reserves the right to add class Representatives, Provided defendant is afforded an opportunity to conduct discovery as to those representatives.

## First Cause of Action
## (Negligence)

A. Plaintiff's re-alleges and Incorporates by reference each and every allegation set forth in the preceding's paragraphes.

B. Plaintiff "Steven kelly" alleges this claim individually and on behalf of the class.

C. Defendant owed a duty to plaintiff's and class to exercise reasonable care safegaurding class's inallenable right's, "Constitution of the United States."

D. Defendant also had, the duty to implement process to Stop Human Right's Vilation's and act open them in a timely mannor, "Constitution of the United States."

E. Defendant owed a duty to timely disclose the Human Right's vilation's (inallenable right's) and adequately safegaurd all Individuals "Constitutional Right's".

F. Defendant knew of the serios harm's that could result throught the wrongful disclosure of the vilation of Human right's (inallenable right's) vilation to the plaintiff and class.

G. Defendant's failure to comply with Congresstional mandate (Law: Being used unJustly) Further demonstrates their negligence in failing to exercse ressonable care Safegaurding and Pretecting the plaintiff's + class.

H. Defendant's misconduct alleged herein was carried out with a willful and conscios disregard of the right's or safty of Plaintiff's and class and subJected, Plaintiff's + class to unJust HardsHips in conscious disregard of their inallenable right's. (Constitution of the United States.)

I. Plaintiff's and class member's, request releif as discribed below.

Second Cause of Action:
Constitution of the United States

1. Plaintiff's re-alleges and Incorporates by Reference each and every allegation Set forth in the preceding Paragraph's.

2. Defendant is a "person" as described in: Attorney General of the United States. ? Todd Blanch?

3. By virtue of the above-described wrongful action's, inaction's, omission's, and want of ordinary care that directly vilate the Constitution of the United States in that Defendent's practices were inJurios to the public intrest because they inJured other person's, had the capacity to inJure other person's, and have the capacity to inJure other person's.

4. Defendent's above-described wrongful action's, inaction's, omission's, want of ordinary care, misrepresentation's, practices, and non-disclosores also Constitute "unfair or deceptive act's or practices" in vidation of the "Constitution of the United States". In that Defendent's wrongful condent is substantially inJurious to other person's, had the capacity to inJure other person's, and has the capacity to InJure other person's.

5. The Gravity of Defendent's wrongful Corduct outweight's any alleged Benefit's attributable to such conduct.

6. unless restrained and enJoined, Defendant will continue to engage in the above-described wrongful Conduct and more Human Right's vilations will occur (Constitution of the United States) Plaintiff's and class, and the Genersl Public, also seek's restition and an inJuction prohibiting Defendant from continuing Such wrongful conduct.

7. Plaintiff's and Class member's, also seek to recover actual damages sustained by each class member together with cost of the suit, including resonable Attorney's fee's. In addition, plaintiff's and class member's, request that this court use it's discretion, Persuant to the law and increase the damages awarded. for each class member, creat a trust fund for the longevity of the crimminal act for all class member's.

8. Have all paper's and afeet's put befor the court Cheacked for "Steven Kelly's" Nucular Signature that was previasly used in the Cheif Justices courtroom, 1 First St., Washington, DC. in 1972 & 1974 chracked for authenticity.

Prayer for Relief
Wherefore; Plantiff's on behalf of class described above, seeks the following Relief;

A. an order certifying this action as a class action under fed. R. Civ. P. 23 definding the class as requested herein, appointing the undersigned as class counsel, and finding that Steven Kelly is a proper representative of the class requested herein;

B. Judgment in favor of plaintiff's and class awarding the appropriate monetary relief; including actual damages, statutory damages, equitable relief, restitution, disgorgement, Attorney's fee's, statutory cost and such other and further relief as is Just and Proper;

C. an order requiring defendant to pay cost involved in notifying the class member's about the Judgement and administering the claim process.

D. A Judgement in favor of the plantiff's and class awarding them Summary Judgement and post Judgement intrest, reasonable Attorney's fee's, cost and expenses as allowable by law;

E. An award of such other and further releif as this court may deem, Just and Proper:

Demand for Jury Trial
Plaintiff's, on behalf of themselves and class member's here by demand a Jury trial on all Causes of Action + Claim's with respect to which the Plaintiff's and class member's has a right to a Jury trial.

Plaintiff's Info

1. Steven Kelly

united Statss
—v—
Steven Kelly

Case No. 5:22-HC-2025-BO
North Carolina, Butner

2. THANH PHAN 48964-086

United States of America

-v-

ThanH Cong PHan

Case No. MJ18-143

United States District Court, Western District of Washington

At Seattle

3. Thomas Jensen 08341-073

Thomas Jensen

United States

-v-

Jensen

Case No. 16-CV-1661 (SRN/Bmm)

United States District Court, Minneapolis, Mnn.

4. Michael W Cherry    MICHAEL W CHerry

06753-063

10th Circut, United States District Court, Denver, Col

5.

6.

7.

8.

Date: 6-8-2026

Class Rep.
Steven Kelly